## Abstract of the Decision.

1. PLEADING, § 395*—*what is effect of verified plea of non est factum.* In an action upon a written contract, a verified plea of *non est factum* denying the execution of the instrument places upon the plaintiff the burden of proving its due execution as at common law.

2. CONTRACTS, § 385*—*when execution of contract not shown.* In an action upon a written contract where defendant interposed a verified plea of *non est factum*, evidence *held* insufficient to sustain plaintiff's burden of proving the execution by defendant of the instrument sued on.

---

## William O. Holmberg, Appellee, v. General Electric Company, Appellant.

### Gen. No. 23,533.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. HARRY M. FISHER, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Reversed and remanded. Opinion filed May 14, 1918.

## Statement of the Case.

Action by William O. Holmberg, plaintiff, against General Electric Company, defendant. Defendant was garnishee below in a proceeding whereby it was sought to recover for the use of W. O. Holmberg, a judgment creditor of one Charles P. Murchison. From a judgment against defendant for $189.60, it appeals.

CUMMINS, ROEMER, FLYNN, MILKEWITCH & McKENNA, for appellant.

JOSEPH E. WINTERBOTHAM, for appellee.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

MR. JUSTICE MATCHETT delivered the opinion of the court.

## Abstract of the Decision.

GARNISHMENT, § 66*—*when garnishee not liable.* Payment of wages in advance by an employer after the service of a garnishment writ does not render him liable in the garnishment proceedings.

---

## Clinton O. Shepherd, Trustee, Plaintiff in Error, v. Abraham L. Weber, Defendant in Error.

### Gen. No. 23,554.   (Not to be reported in full.)

Error to the Circuit Court of Cook county; the Hon. THOMAS G. WINDES, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Reversed and remanded. Opinion filed May 14, 1918.

## Statement of the Case.

Bill by Clinton O. Shepherd, complainant, against Abraham L. Weber, defendant, setting up that complainant had recovered a judgment by confession against defendant for unpaid instalments of rent; that defendant continued to collect the rent from subtenants and that he was insolvent, and praying for an accounting, an injunction and a receiver. Defendant filed a cross-bill averring a breach in some of the conditions of the lease by complainant and praying damages and a cancellation of the lease. From a decree for defendant on the cross-bill, complainant brings error.

S. L. and FRED LOWENTHAL, for plaintiff in error.

DAVID JETZINGER, for defendant in error.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.